LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALVAN M. JOFFE
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA 90012
    312-894-2470
Attorneys for the Plaintiff


FILED CLERK, U.S. DISTRICT COURT
DEC 20 1991
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT
DEC 20 1991
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) COURT NO: CV 91A-12105
         Plaintiff, )
                   ) <u>DEFAULT JUDGMENT</u>
    v. )
                   )
CYNTHIA GLAZE )
                   )
         Defendant(s). )
_____)

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have an recover of and from CYNTHIA GLAZE, sum of $500.00 as principal, $177.22 as accrued prejudgment interest, $191.00 administrative charges, a surcharge of $71.91, and $20.00 costs, for a total amount of $960.13, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: DEC 20 1991

                            LEONARD A. BROSNAN, CLERK
                            U.S. District Court
                            Central District of California

                            By: _____
                                Deputy Clerk